**FILED**
May 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
/s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09MJ00146-GGH-2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
|  | ) | PERSON IN CUSTODY |
| TIM CARLSON, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIM CARLSON__, Case No. __2:09MJ00146-GGH-2__, Charge __18USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 7, 2009__ at __2:00 pm__.

                By  /s/ Dale A. Drozd
                      Dale A. Drozd
                      United States Magistrate Judge

Copy 5 - Court