**FILED**
May 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )     Case No. 2:09MJ00146-GGH-2
          Plaintiff,                )
v.                                  )     ORDER FOR RELEASE OF
                                    )     PERSON IN CUSTODY
TIM CARLSON,                        )
                                    )
          Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIM CARLSON__ , Case No. __2:09MJ00146-GGH-2__ , Charge __18USC § 371__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 7, 2009__ at __2:00 pm__ .

By   /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Copy 5 - Court